

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00253-CV

| | | |
|---|---|---|
| Eric Freeman and Eric Freeman & Companies, Inc. | § | From the 442nd District Court |
| | § | of Denton County (15-05860-442) |
| v. | § | May 3, 2018 |
| Charles Willis | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's final judgment. The final judgment is modified to provide that only Appellant Eric Freeman & Companies, Inc. is responsible for the damages, attorney's fees, costs, and interest ordered therein. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that Appellee Charles Willis shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
     Justice Bill Meier